# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL LABOR RELATIONS BOARD,
              Applicant,

vs.

UNITED STATES POSTAL SERVICE,
              Respondent.

No. 3:17-mc-80020-MEJ

**[PROPOSED] ORDER REQUIRING OBEDIENCE TO SUBPOENA *DUCES TECUM***

Re:  ECF Dkt. No. 8

      The parties in this action filed a stipulation requesting that the Court issue an order requiring Respondent United States Postal Service to produce all documents responsive to paragraphs 6, 7, and 8 of Subpoena *Duces Tecum* No. B-1-QVUGNP issued by Applicant National Labor Relations Board (ECF Dkt. No. 8).  The parties' stipulation is approved and so ordered.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

      DATED AT San Francisco, California this __27th__ day of __March__, 2017



_____
UNITED STATES MAGISTRATE JUDGE